```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                        WESTERN DIVISION

JOSE PEREZ, #37451-004                                PETITIONER

VERSUS                          CIVIL ACTION NO.   5:07cv104-DCB-MTP

BUREAU OF PRISONS, et al.                             RESPONDENT
```

## FINAL JUDGMENT

This cause is before the court, <u>sua</u> <u>sponte</u>, for consideration of dismissal.  Pursuant to the memorandum opinion and order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed without prejudice for failure to comply with the orders of this court.

SO ORDERED AND ADJUDGED, this the __11th__ day of March, 2008.


                                  __s/ David Bramlette__
                                  UNITED STATES DISTRICT JUDGE